# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-7822
wbutler@JonesDay.com

JP011573                        July 11, 2015

<u>VIA ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

                 Re:      <u>Beard et al. v. McDonald's Corporation et al., No. 14-cv-1664</u>

Dear Magistrate Judge Reyes:

       As further described in the attached Stipulation, the parties have agreed to extend the stay of litigation proceedings to accommodate a mediation that could not be scheduled until September 10, 2015. To that end, attached is a proposed Stipulation extending the stay of all litigation proceedings, including discovery, and adjusting scheduling deadlines.

       We respectfully ask that the Court enter the parties' agreed Stipulation.

                                             Respectfully submitted,

                                             /s/ Wendy C. Butler

                                             Wendy C. Butler

cc:     James Reif
        Joseph M. Sellers
        Abigail E. Shafroth

        Attorneys for Plaintiffs

NAI-1500414078v1