UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X
TASHA BEARD, MARLON BELL, :
KIMBERLY CASTILLO, CALEB CHEELY,
NORMA CRIOLLO, and DERICK :
GODFREY, on behalf of themselves and others    **DECLARATION OF ABIGAIL E.**
similarly situated                              **SHAFROTH IN SUPPORT OF MOTION**
                                                **FOR WITHDRAWAL AS COUNSEL OF**
       Plaintiffs, :    **RECORD FOR PLAINTIFFS**

  -vs.- :

MCDONALD'S CORPORATION,    NO. 14-CV-1664
MCDONALD'S U.S.A., LLC, :
MCDONALD'S RESTAURANTS OF NEW
YORK, INC.,

       Defendant.
---------------------------------------- X

    I, ABIGAIL E. SHAFROTH, hereby affirm and state as follows:

    1.    I am an attorney and a member in good standing of the Bar of the District of Columbia and the State of New York.

    2.    I submit this declaration in support of the motion for my withdrawal as counsel of record for Plaintiffs in the above captioned matter.

    3.    As of Monday, August 10, 2015, I no longer work for the firm of Cohen Milstein Sellers & Toll, PLLC, who are remaining as Plaintiffs' counsel in this case.

    4.    I will not be retaining or charging any lien against this case.

    I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated:  August 10, 2015                /s/ Abigail E. Shafroth
                                                             Abigail E. Shafroth
                                                             ashafroth@gmail.com